689 S.E.2d 609

Ted CORBETT, Petitioner,

v.

Jordan William WEAVER, a minor over the age of fourteen (14) years, and Michael Joel Weaver, Defendants,

of whom Michael Joel Weaver is the Respondent.

No. 26769.

Supreme Court of South Carolina.

Heard Jan. 6, 2010.

Decided Feb. 8, 2010.

E. LeRoy Nettles, Sr., and Marian D. Nettles, both of Nettles, Turbeville & Reddeck, of Lake City, for Petitioner.

Robert C. Brown, of Brown & Brehmer, of Columbia, for Respondent.

PER CURIAM.

We granted a writ of certiorari to review the Court of Appeals decision in *Corbett v. Weaver*, 380 S.C. 288, 669 S.E.2d 615 (Ct.App.2008). After a thorough review of the Appendix, record, and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.